IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

PATRICIA MOSCHETTI,

    Plaintiff,

v.                                                        No. 2:16-cv-01011-GBW-KRS

WAL-MART STORES EAST, LP,

    Defendant.

## ORDER GRANTING UNOPPOSED MOTION TO EXTEND MEDIATION DEADLINE

**THIS MATTER** comes before the Court upon Defendant's unopposed Motion for Leave to Extend Mediation Deadline, filed July 28, 2017. The Court, being fully advised in the premises, FINDS and CONCLUDES that the motion is well-taken and should be granted.

**IT IS, THEREFORE, ORDERED** that the deadline for the parties to participate in a settlement conference with Steven R. Almanzar shall be **September 8, 2017**. All other deadlines not herein modified shall remain in full force and effect.

_____
KEVIN R. SWEAZEA
UNITED STATES MAGISTRATE JUDGE