IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

PATRICIA MOSCHETTI,

    Plaintiff,

v.          No. 2:16-cv-01011-GBW-KRS

WAL-MART STORES EAST, LP,

    Defendant.

## ORDER GRANTING UNOPPOSED MOTION TO EXTEND MEDIATION DEADLINE

**THIS MATTER** comes before the Court upon Plaintiff's Unopposed Motion for Leave to Extend Mediation Deadline, filed August 25, 2017 [Doc. No. 47]. The Court, being fully advised in the premises, FINDS and CONCLUDES that the motion is well-taken and should be granted.

**IT IS, THEREFORE, ORDERED** that the deadline for the parties to participate in a settlement conference with Steven R. Almanzar shall be **October 18, 2017**. All other deadlines not herein modified shall remain in full force and effect.

_____
KEVIN R. SWEAZEA
UNITED STATES MAGISTRATE JUDGE